UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER BOWDEN,

    Plaintiff,

v.                                              Case No. 3:18cv329-MCR-CJK

R. KOSSIE, CAPTAIN OAKES,
and JOHN DOE 1-5,

    Defendants.
_____/

REPORT AND RECOMMENDATION

On October 19, 2018, the undersigned entered an order (doc. 22) granting defendants' motion to quash and allowing plaintiff 30 days in which to properly serve defendants.[1] The undersigned advised that should plaintiff fail to properly effect service of process within that time, the matter would be subject to dismissal for failure to timely effect service of process. *See* Fed. R. Civ. P. 4(m). After more than 30 days passed and plaintiff had not filed returns of service indicating defendants had

---

[1] Pursuant to the undersigned's order, the clerk issued summonses on April 6, 2018. *See* docs. 6, 7.

been properly served, the undersigned entered an order (doc. 23) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to timely effect service of process.  More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to timely effect service of process.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 8th day of February, 2019.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:18cv329-MCR-CJK